

October 20, 2003. There being no objection, the motion is granted. SO ORDERED.
Alfred V. Covello, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN | : | CIVIL CASE NO. |
|     Plaintiff | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | APRIL 28, 2003 |

### MOTION TO AMEND PLAINTIFF'S COMPLAINT PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The plaintiff respectfully requests that the Court allow him to amend his complaint to add two additional causes of action; one claiming unlawful age discrimination and the other claiming a breach of the defendant's contract to pay the plaintiff compensation for work performed. A copy of the plaintiff's amended complaint containing these two additional causes of action is appended.