UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
CHARLES W. KERN,                    :
                                    :
            Plaintiff,              :
                                    :   3:03 CV 0233 (AVC)
       -against-                    :
                                    :
ENVIRONMENTAL DATA                  :
RESOURCES, INC.                     :
                                    :
            Defendant.              :   December 1, 2003
------------------------------------------------------X

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL OF PLAINTIFF'S CLAIMS AND AS TO LIABILITY ON DEFENDANT'S COUNTERCLAIMS**

Pursuant to FED. R. CIV. P. 56, and Rule 56 of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendant Environmental Data Resources, Incorporated ("Defendant"), respectfully submits this Motion for Summary Judgment As to all of Plaintiff's Claims and as to Liability on Defendant's Counterclaims. Specifically, Defendant moves for summary judgment on each of Plaintiff's six causes of action in his First Substituted Complaint ("Complaint") alleging violations of the Connecticut Wage Payment Statute, tortious interference with business opportunities, unreasonable and unenforceable non-compete agreements, breach of contract, age discrimination and retaliation. Moreover, EDR has asserted six counterclaims against Plaintiff arising from his fraudulent submission of expenses for reimbursement and his post-employment conduct in contravention of his non-compete agreements, and moves this Court to find Plaintiff liable on each of its counterclaims.

The undisputed record in this case establishes that: (i) the Connecticut Wage Payment Statute cannot be applied extraterritorially and, therefore, does not apply in this case; (ii) Kern was paid all the wages he was entitled to; (iii) EDR's non-compete agreements are valid and

1-MI/508593.1

enforceable; (iv) EDR had legitimate non-discriminatory reasons for terminating Kern's employment; and (v) Kern was apprised by EDR of the substance of its counterclaims *before* he filed his EEOC charge, and, therefore, the counterclaims were not filed in retaliation for Kern filing an EEOC charge. Moreover, the record necessitates the entry of a judgment against Kern on EDR's counterclaims because: (i) Kern has not answered EDR's counterclaims and, therefore, the allegations in the counterclaims are deemed admitted; (ii) Kern became an agent of EDR's direct competitor in violation of his non-competition agreements; and (iii) Kern admits that he submitted expenses for reimbursement that were in excess of that which he actually incurred on business-related travel.

For these reasons and those stated in the supporting Memorandum of Law and Appendix filed herewith, Defendant respectfully requests that the Court enter summary judgment dismissing Plaintiff's Complaint in its entirety with prejudice, finds Plaintiff liable on each of

CASE NO. 303-CV-0233-AVC

EDR's counterclaims, and award EDR the fees and costs incurred in defending this action and such other and further relief as this Court deems just and proper.

DATED this 1st day of December, 2003.

Respectfully submitted,

Morgan, Lewis & Bockius LLP

By: *[signature: Brian D. Buckstein /sup]*
Mark E. Zelek
Ct. Fed Bar No. ct25203
Brian D. Buckstein
Ct. Fed Bar No. ct24543
bbuckstein@morganlewis.com
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone:   305.415.3303
Facsimile:   305.415.3001

Sarah Poston, Esq.
Ct. Fed Bar No. ct19702
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Telephone: (203) 333-9441
Facsimile: (203) 333-1489

CASE NO. 303-CV-0233-AVC

## CERTIFICATE OF SERVICE

I certify that the foregoing has been furnished to counsel for Plaintiff, Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, CT 06604 by U.S. mail this 1st day of December, 2003.

_____
Sarah W. Poston

1-MI/508593.1

4