FILED
2003 DEC 19 A 9: 45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN,<br>　　Plaintiff,<br>VS.<br><br>ENVIRONMENTAL DATA<br>RESOURCES, INC.,<br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL CASE NO.<br>3:03cv0233(AVC)<br><br><br><br>DECEMBER 18, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through January 30, 2004. Counsel for the plaintiff represents that his time has been dedicated to responding to a motion for summary judgment in the case of *Dudley v. NBD, LLC*, case no. 3:03cv0273(SRU) in the United States District Court for the District of Connecticut. Plaintiffs' counsel is also required to respond to a motion for judgment as a matter of law in the case of *Gupta v. Norwalk*, case no. 3:98cv2153 (AWT). As a result, plaintiffs' counsel has not been able to adequately address at the current time the issues involved in the defendant's motion in the present case.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendant's motion for summary judgment through January 30, 2004.

Plaintiff's counsel has left a message with defendant's counsel to determine whether defendant's counsel opposes the plaintiff's motion for extending the time within which to file the plaintiff's opposition to the defendant's motion for summary judgment. As of the time of the filing of this motion, the plaintiff has not heard back from the defendant's counsel.

This is the plaintiff's first request for an extension of time.

THE PLAINTIFF – CHARLES KERN

BY _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805