




FILED
2003 DEC 19 A 9: 45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES W. KERN, | : CIVIL CASE NO. |
|     Plaintiff, | : 3:03cv0233(AVC) |
| VS. | : |
| | : |
| ENVIRONMENTAL DATA | : |
| RESOURCES, INC., | : |
|     Defendant. | : DECEMBER 18, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through January 30, 2004. Counsel for the plaintiff represents that his time has been dedicated to responding to a motion for summary judgment in the case of *Dudley v. NBD, LLC*, case no. 3:03cv0273(SRU) in the United States District Court for the District of Connecticut. Plaintiffs' counsel is also required to respond to a motion for judgment as a matter of law in the case of *Gupta v. Norwalk*, case no. 3:98cv2153 (AWT). As a result, plaintiffs' counsel has not been able to adequately address at the current time the issues involved in the defendant's motion in the present case.

3:03CV0233(AVC). December 22, 2003. The plaintiff's motion for an extension of time (document no. 20) is GRANTED as follows: the plaintiff shall have to and including January 22, 2004 to file its response to the defendant's motion for summary judgment.
SO ORDERED.

        Alfred V. Covello, U.S.D.J.