UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | FEBRUARY 2, 2004 |

## MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STATUS REPORT

The plaintiff and the defendant respectfully move that the court extend the time for the filing of the joint status report. Both the plaintiff's counsel and the defendant's counsel have been involved in finalizing their positions with regard to the defendant's motion for summary judgment. The motion is nearly fully briefed, with only the defendant's reply brief yet to be filed.

Wherefore, the plaintiff and defendant request that the court extend the time within which to file the joint status report through March 1, 2004.

Plaintiff's counsel and defendant's counsel both consent to this motion. This is the first request for an extension of time to file the joint status report.

THE PLAINTIFF – CHARLES KERN


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email - thomasbucci@earthlink.net

## CERTIFICATION

I hereby certify that copies of the foregoing *Motion for Extension of Time* have been sent, by First Class Mail, postage prepaid, on this 2nd day of February, 2004, to:

Brian D. Buckstein, Esq.
Fed. Bar #ct24543
Mark E. Zelek, Esq.
Fed. Bar #25202
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: (305) 415-3380
Fax: (305) 415-3001

Sarah Poston, Esq. For
Fed. Bar #17902
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489

_____
Thomas W. Bucci