FILED
2004 FEB -3 A 10:00
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES W. KERN,
    Plaintiff,
VS.

ENVIRONMENTAL DATA
RESOURCES, INC.,
    Defendant.

: CIVIL CASE NO.
: 3:03cv0233(AVC)
:
:
:
:
:
: FEBRUARY 2, 2004

## MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STATUS REPORT

The plaintiff and the defendant respectfully move that the court extend the time for the filing of the joint status report. Both the plaintiff's counsel and the defendant's counsel have been involved in finalizing their positions with regard to the defendant's motion for summary judgment. The motion is nearly fully briefed, with only the defendant's reply brief yet to be filed.

Wherefore, the plaintiff and defendant request that the court extend the time within which to file the joint status report through March 1, 2004.

February 3, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.