UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -4 A 10: 46

CHARLES W. KERN,

    Plaintiff,

v.    CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA
RESOURCES, INC.

February 3, 2004

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME TO SERVE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Environmental Data Resources, Inc. ("Defendant or EDR"), pursuant to FED. R. CIV. P. 6(b)(1) and Rules 6 and 7(b) of the Local Rules of this Court, submits this Unopposed Motion for a Brief Enlargement of Time to Serve its Reply in Support of Its Motion for Summary Judgment through and including February 13, 2004. In support of this request, Defendant states:

1. Defendant filed its Motion for Summary Judgment as to All of Plaintiff's Claims and as to Liability on Defendant's Counterclaims on December 1, 2003 (Docket No. 19).

2. Plaintiff, Charles W. Kern ("Plaintiff"), filed opposition to papers to Defendant's request for summary judgment on January 22, 2004 (Docket Nos. 25-26).

3. Defendant's counsel received such opposition papers over a week after they were filed, on January 30, 2004, rather than within the three days presumed in the Federal Rules of Civil Procedure for service of a notice or other paper. See FED. R. CIV. P. 6(e).

4. Defendant EDR is currently scheduled to submit its reply to Plaintiff's opposition on or before February 10, 2004, but herein requests a brief extension of this date until February 13, 2004.

1-MI/515381.1

5. The requested enlargement of time that is the subject of this motion will not significantly delay the administration of justice, and is being submitted in good faith.

6. Moreover, no request for an enlargement of time has been previously made by Defendant regarding the reply brief in support of its motion for summary judgment.

7. Defendant's counsel has inquired of opposing counsel, Thomas W. Bucci, and he has agreed to the request Defendant makes in this motion.

8. As the foregoing motion sets forth good cause for the requested enlargement of time, it would be an appropriate exercise of the Court's discretion to grant this request.

WHEREFORE, it is respectfully requested that this court grant Defendant's Unopposed Motion for a Brief Enlargement of Time for EDR to serve its Reply, through and including February 13, 2004.

Respectfully submitted,

Morgan, Lewis & Bockius LLP
Attorneys for Defendant

Mark E. Zelek
  Ct. Fed Bar No. ct25203
  *mzelek@morganlewis.com*
Brian D. Buckstein
  Ct. Fed Bar No. ct24543
  *bbuckstein@morganlewis.com*
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone:   305.415.3303
Facsimile:   305.415.3001

By: /s/ Sarah W. Poston
Sarah W. Poston, Esq.
Ct. Fed Bar No. ct19702
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Telephone:   (203) 333-9441
Facsimile:   (203) 333-1489

1-MI/515381.1

2

CIVIL CASE NO. 303-CV-0233-AVC

## CERTIFICATE OF SERVICE

I certify that the foregoing has been furnished to counsel for Plaintiff, Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, CT 06604 by U.S. mail this 3rd day of February, 2004.

*Sarah W. Poston*
Sarah W. Poston