UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES W. KERN,

    Plaintiff,

v.                                               CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA                     February 3, 2004
RESOURCES, INC.

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME TO SERVE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Environmental Data Resources, Inc. ("Defendant or EDR"), pursuant to FED. R. CIV. P. 6(b)(1) and Rules 6 and 7(b) of the Local Rules of this Court, submits this Unopposed Motion for a Brief Enlargement of Time to Serve its Reply in Support of Its Motion for Summary Judgment through and including February 13, 2004. In support of this request, Defendant states:

1. Defendant filed its Motion for Summary Judgment as to All of Plaintiff's Claims and as to Liability on Defendant's Counterclaims on December 1, 2003 (Docket No. 19).

2. Plaintiff, Charles W. Kern ("Plaintiff"), filed opposition to papers to Defendant's request for summary judgment on January 22, 2004 (Docket Nos. 25-26).

3. Defendant's counsel received such opposition papers over a week after they were filed, on January 30, 2004, rather than within the three days presumed in the Federal Rules of Civil Procedure for service of a notice or other paper. *See* FED. R. CIV. P. 6(e).

4. Defendant EDR is currently scheduled to submit its reply to Plaintiff's opposition on or before February 10, 2004, but herein requests a brief extension of this date until February 13, 2004.

1-MI/515381.1

GRANTED.
Alfred V. Covello, U.S.D.J.
February 5, 2004.
SO ORDERED.