**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | FEBRUARY 17, 2004 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

    The plaintiff finds it imperative to respond to the distortions, invective and derisive commentary permeating the defendant's Reply Memorandum.  Throughout its brief the defendant employs a demeaning and belittling posture, foregoing a professional discussion of the plaintiff's claims. The defendant totally misrepresents the circumstances surrounding the plaintiff's discovery efforts, in particular, the plaintiff's non-request for certain documents which the defendant belatedly disclosed, having failed to include them in its initial disclosures.  The defendant's commentary slipped into a footnote, fn.1, to its Reply Memorandum, is not only professionally insulting, but it is replete with deception.  Most assuredly, the defendant's scathing commentary has no place in the determination of the defendant's motion for summary judgment.  Nevertheless, the defendant has unfairly inserted these belittling assertions on the Court's record, knowing that under normal circumstances the plaintiff would not have an

opportunity to reply.  Therefore, in fairness, the plaintiff should be allowed an opportunity to respond to the irrelevant aspersions that riddle the defendant's Reply Memorandum.

Wherefore, the plaintiff requests permission to file with the Court the Sur-Reply, attached to this motion.

THE PLAINTIFF – CHARLES KERN


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email:thomasbucci@earthlink.net

**CERTIFICATION**

I hereby certify that copies of the foregoing *Motion for Leave to File Sur-Reply* have been sent, by First Class Mail, postage prepaid, on this 17th day of February, 2004, to:

Brian D. Buckstein, Esq.
Fed. Bar #ct24543
Mark E. Zelek, Esq.
Fed. Bar #25202
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: (305) 415-3380
Fax: (305) 415-3001

Sarah Poston, Esq. For
Fed. Bar #17902
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441

_____
Thomas W. Bucci