UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
CHARLES W. KERN,                            :
                                            :
              Plaintiff,                    :
                                            :    3:03 CV 0233 (AVC)
       -against-                            :
                                            :
ENVIRONMENTAL DATA                          :
RESOURCES, INC.                             :
                                            :
              Defendant.                    :    February 26, 2004
------------------------------------------------------X

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
REQUEST FOR LEAVE TO FILE A SUR-REPLY**

  The Local Rules of this Court preclude parties from submitting sur-reply briefs. *Root v. Liston*, No. Civ.A 3:03-CV-949, 2003 WL 22937686, * 3 (D. Conn. Dec. 10, 2003) (Hall, J.) (finding that "[n]o sur-reply is permitted under the Local Rules.") (Tab A). Accordingly, Plaintiff's Motion for leave to file a Sur-Reply should be denied, and the proposed Sur-Reply Brief rejected. *See* Dkt. No. 33.

  WHEREFORE, Defendant respectfully requests that this Court deny Plaintiff's Motion for Leave to File a Sur-Reply and consider Defendant's Motion for Summary Judgment fully-briefed.

CASE NO. 3:03-CV-0233-AVC

DATED this 26th day of February, 2004.

        Respectfully submitted,

        Morgan, Lewis & Bockius LLP

By: _____
    Mark E. Zelek
    Ct. Fed Bar No. ct25203
    Brian D. Buckstein
    Ct. Fed Bar No. ct24543
    bbuckstein@morganlewis.com
    5300 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida  33131-2339
    Telephone:   305.415.3303
    Facsimile:    305.415.3001

Sarah Poston, Esq.
Ct. Fed Bar No. ct19702
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT  06601-1740
Telephone: (203) 333-9441
Facsimile: (203) 333-1489

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been furnished to counsel for Plaintiff, Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, CT 06604 by U.S. mail this 26th day of February, 2004.

_____
Sarah Poston