**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -1  P 3: 04

U.S. DISTRICT COURT
HARTFORD, CT.

CHARLES W. KERN,

    Plaintiff,

v.                                                                                  CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA
RESOURCES, INC.

    Defendant.

March 1, 2004

### AGREED MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM AND FOR A CONTINUANCE OF THE CURRENT TRIAL READY DATE

Defendant Environmental Data Resources, Inc. ("Defendant or EDR"), pursuant to FED. R. CIV. P. 6(b)(1) and Rules 6 and 7(b) of the Local Rules of this Court, submits this Agreed Motion for an Enlargement of Time for the Parties to File a Joint Trial Memorandum and for a Continuance of the Current Trial Ready Date ("Motion"). Defendant requests that the Court: (1) set a new deadline for the Parties to file a Joint Trial Memorandum for thirty (30) days after the Court rules on Defendant's Motion for Summary Judgment; and (2) grant a continuance of the current Trial Ready Date until thirty (30) days after the Court rules on Defendant's Motion for Summary Judgment.[1/] In support of this Motion, Defendant states:

1.    The Complaint in this case was filed by Plaintiff, Charles W. Kern ("Plaintiff"), on February 5, 2003. A report filed by the parties on April 17, 2003,

---

[1/]    Defendant filed a motion for summary judgment on December 1, 2003, which, under the Local Rules, is now fully briefed and ready for resolution by the Court. *See* Docket No. 19.

1-MI/517592.1

suggested that the Joint Trial Memorandum should be due on February 2, 2004, or thirty (30) days subsequent to the Court's resolution of motions for summary judgment, if any were filed. On February 3, 2004, Plaintiff filed a motion for extension of time until March 1, 2004, to file a Joint Trial Memorandum and the Court granted that request on February 4, 2004. Docket No. 28.

2. Defendant submits that moving the deadline to file a Joint Pretrial Memorandum to 30 days after the Court rules on Defendant's pending Motion for Summary Judgment is in the interest of all the Parties involved and will promote judicial economy and efficiency. Moreover, the requested enlargement of time will not significantly delay the administration of justice, and is being submitted in good faith.

3. The Trial Ready date in this matter is currently March 1, 2004. Defendant submits that moving the Trial Ready Date to 30 days after the Court rules on Defendant's Motion for Summary Judgment will also be in the interest of all the Parties involved and will promote judicial economy and efficiency.

4. Defendant's counsel has inquired of opposing counsel, Thomas W. Bucci, Esq., and he has agreed to and joins in this Motion. As the foregoing Motion sets forth good cause for the requested enlargements of time, it would be an appropriate exercise of the Court's discretion to grant this request.

CASE NO. 3:03-CV-0233-AVC

WHEREFORE, it is respectfully requested that this Court grant the Agreed Motion to Extend the Time to File a Joint Trial Memorandum and for a Continuance of the Current Trial Ready Date until 30 days after the Court's ruling on Defendant's pending Motion for Summary Judgment.

March 1, 2004

Respectfully submitted,

Morgan, Lewis & Bockius LLP
Attorneys for Defendant

Mark E. Zelek
  Ct. Fed Bar No. ct25203
  mzelek@morganlewis.com
Brian D. Buckstein
  Ct. Fed Bar No. ct24543
  bbuckstein@morganlewis.com
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
Telephone:    305.415.3303
Facsimile:    305.415.3001

By: _____
Sarah W. Poston, Esq.
Ct. Fed Bar No. ct19702
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT  06601-1740
Telephone: 203.333.9441
Facsimile: 203.333.1489

CASE NO. 3:03-CV-0233-AVC

## CERTIFICATE OF SERVICE

I certify that the foregoing has been furnished to counsel for Plaintiff, Thomas W. Bucci, Esq., Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, CT 06604 by U.S. mail this 1st day of March 2004.

_____
Sarah W. Poston (ct19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Telephone: 203.333.9441
Facsimile: 203.333.1489