**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -1 P 3: 04

U.S. DISTRICT COURT
HARTFORD, CT.

CHARLES W. KERN,

    Plaintiff,

v.

CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA
RESOURCES, INC.

    Defendant.

_____/

March 1, 2004

## AGREED MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM AND FOR A CONTINUANCE OF THE CURRENT TRIAL READY DATE

Defendant Environmental Data Resources, Inc. ("Defendant or EDR"), pursuant to Fed. R. Civ. P. 6(b)(1) and Rules 6 and 7(b) of the Local Rules of this Court, submits this Agreed Motion for an Enlargement of Time for the Parties to File a Joint Trial Memorandum and for a Continuance of the Current Trial Ready Date ("Motion"). Defendant requests that the Court: (1) set a new deadline for the Parties to file a Joint Trial Memorandum for thirty (30) days after the Court rules on Defendant's Motion for Summary Judgment; and (2) grant a continuance of the current Trial Ready Date until thirty (30) days after the Court rules on Defendant's Motion for Summary Judgment.[1/] In support of this Motion, Defendant states:

    1.    The Complaint in this case was filed by Plaintiff, Charles W. Kern ("Plaintiff"), on February 5, 2003. A report filed by the parties on April 17, 2003,

---

[1/]    Defendant filed a motion for summary judgment on December 1, 2003, which, under the Local Rules, is now fully briefed and ready for resolution by the Court. *See* Docket No. 19.

1-MI/517592.1

*Margin annotations:*
GRANTED.
March 11, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.