UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES W. KERN, <br>     Plaintiff, <br> VS. <br><br> ENVIRONMENTAL DATA <br> RESOURCES, INC., <br>     Defendant. | :    CIVIL CASE NO. <br> :    3:03cv0233(AVC) <br> : <br> : <br> : <br> : <br> :    FEBRUARY 17, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

The plaintiff finds it imperative to respond to the distortions, invective and derisive commentary permeating the defendant's Reply Memorandum. Throughout its brief the defendant employs a demeaning and belittling posture, foregoing a professional discussion of the plaintiff's claims. The defendant totally misrepresents the circumstances surrounding the plaintiff's discovery efforts, in particular, the plaintiff's non-request for certain documents which the defendant belatedly disclosed, having failed to include them in its initial disclosures. The defendant's commentary slipped into a footnote, fn.1, to its Reply Memorandum, is not only professionally insulting, but it is replete with deception. Most assuredly, the defendant's scathing commentary has no place in the determination of the defendant's motion for summary judgment. Nevertheless, the defendant has unfairly inserted these belittling assertions on the Court's record, knowing that under normal circumstances the plaintiff would not have an

June 4, 2004. GRANTED.
SO ORDERED.

/s/ Covello, U.S.D.J.