UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

------------------------------------------------------X

CHARLES W. KERN,

              Plaintiff,

   -against-

ENVIRONMENTAL DATA
RESOURCES, INC.

              Defendant.

------------------------------------------------------X

2004 JAN 13 P 3: 36

U.S. DISTRICT COURT
HARTFORD, CT.

3:03 CV 0233 (AVC)

January 13, 2004

*[Stamp: FILED 2004 AUG 18 P 12:45 U.S. DISTRICT COURT HARTFORD, CT.]*

*[Margin: DENIED. August 17, 2004. SO ORDERED. Alfred V. Covello, U.S.D.J.]*

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY ANSWER TO DEFENDANT'S COUNTERCLAIMS

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendant Environmental Data Resources, Incorporated ("Defendant" or "EDR"), respectfully requests that this Court strike from the record "Plaintiff's Answer to Defendant's Counterclaims" (Docket No. 22), **which was served 243 days late**. In support of its request, Defendant states the following:

1.      Plaintiff Charles W. Kern ("Plaintiff") filed the Complaint in this case on February 5, 2003 (Docket No. 1), and the Complaint and Summons were served on Defendant on February 11, 2003. Defendant timely filed its Answer, Affirmative Defenses and Counterclaims on March 31, 2003. (Docket No. 9; *see also* Docket No. 6, Endorsed Order granting extension of time to answer).

2.      Defendant asserted six counterclaims against Plaintiff: unjust enrichment (Count I), fraud (Count II), conversion (Count III), breach of contract (Count IV), tortious interference with a business relationship and expectations (Count V), and tortious interference with contract (Count VI).

3.      Even though Plaintiff's answer to Defendant's counterclaims was due on April 23, 2003, Plaintiff failed to submit his answer or a request for an extension by this deadline.

1-MI/512363.1