UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
CHARLES W. KERN,                                :
                                                :
            Plaintiff,                          :
                                                :    3:03 CV 0233 (AVC)
    -against-                                   :
                                                :
ENVIRONMENTAL DATA                              :
RESOURCES, INC.                                 :
                                                :
            Defendant.                          :    AUGUST 30, 2004
---------------------------------------------------------X

## APPEARANCE

Please enter my appearance on behalf of Environmental Data Resources, Inc., defendant in the above-referenced matter.

_____
Marcy Tench Stovall (ct14238)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
(203) 333-9441
Facsimile: (203) 333-1489
Email: mstovall@znclaw.com

Attorney for Defendant
Environmental Data Resources, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed via United States mail, first class, postage prepaid, on this date, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT  06604

Brian Buckstein, Esq.
Mark E. Zelek, Esq.
Morgan, Lewis & Bockius, LLP
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131-2339

Dated at Bridgeport, Connecticut this    day of August 2004.

_____
Marcy Tench Stovall