**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | SEPTEMBER 13, 2004 |

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The plaintiff moves that the settlement conference scheduled for October 7, 2004 before Parajudicial Officer Murphy be continued to a later date for the reason that plaintiff's counsel is scheduled to be on trial before the Honorable William I. Garfinkel in the matter of Otero v. Bridgeport, Civil No.399CV2378(WIG), which is scheduled for October 5, 6, and 7, 2004.

THE PLAINTIFF – CHARLES KERN


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: tbucci@wwblaw.com

## **CERTIFICATION**

      I hereby certify that copies of the foregoing *Motion for Continuance* have been sent, by First Class Mail, postage prepaid, on this 13th day of September, 2004, to:


Brian D. Buckstein, Esq.
Ct.Fed. Bar No. ct24543
Mark E. Zelek, Esq.
Ct. Fed. Bar No. ct25203
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: (305) 415-3303
Fax: (305) 415-3001

Marcy Tench Stovall, Esq.
Ct. Fed. Bar No. ct14238
Sarah Poston, Esq.
Ct. Fed. Bar No. ct19702
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203)333-1489


                                                  _____
                                                    Thomas W. Bucci