UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | SEPTEMBER 15, 2004 |

MOTION TO DEFER SUBMISSION
OF
JOINT TRIAL MEMORANDUM

    The plaintiff respectfully moves that the court defer the obligation for filing the joint trial memorandum in this case to September 24, 2004. The present date for filing the joint trail memorandum is September 14, 2004. Plaintiff's counsel needs an additional seven (7) days to complete the plaintiff's portions of the joint trial memorandum.

    The plaintiff makes this request as a result of the demands of his schedule during the preceding and current week including the following:

1. Attendance at the calendar call of United States District Court for the District of Connecticut, Droney, J., on September 9, 2004.

2. Attendance for a hearing in the Connecticut Superior Court on September 7, 2004.

3. Settlement Conference before Magistrate Judge Smith on September 14, 2004.

4. Deposition in Norwich, Connecticut on September 16, 2004.

This is the first request made by either party for an extension of time for the filing of the joint trial memorandum.

The defendant does not object to this motion.

Wherefore, the plaintiff's counsel moves for an extension of time within which to file the joint trial memorandum to September 24, 2004.

                           THE PLAINTIFF – CHARLES KERN


                           BY_____
                           Thomas W. Bucci, for
                           WILLINGER, WILLINGER & BUCCI, P.C.
                           855 Main Street
                           Bridgeport, CT  06604
                           Tel: (203) 366-3939
                           Fax: (203) 337-4588
                           Fed. Bar #ct07805
                           Email: tbucci@wwblaw.com

## **CERTIFICATION**

I hereby certify that copies of the foregoing *Motion to Defer* have been sent, by First Class Mail, postage prepaid, on this 15th day of September, 2004, to:


Brian D. Buckstein, Esq.
Ct.Fed. Bar No. ct24543
Mark E. Zelek, Esq.
Ct. Fed. Bar No. ct25203
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: (305) 415-3303
Fax: (305) 415-3001

Marcy Tench Stovall, Esq.
Ct. Fed. Bar No. ct14238
Sarah Poston, Esq.
Ct. Fed. Bar No. ct19702
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203)333-1489

_____
Thomas W. Bucci