UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | SEPTEMBER 15, 2004 |

## MOTION TO DEFER SUBMISSION
## OF
## JOINT TRIAL MEMORANDUM

The plaintiff respectfully moves that the court defer the obligation for filing the joint trial memorandum in this case to September 24, 2004. The present date for filing the joint trail memorandum is September 14, 2004. Plaintiff's counsel needs an additional seven (7) days to complete the plaintiff's portions of the joint trial memorandum.

The plaintiff makes this request as a result of the demands of his schedule during the preceding and current week including the following:

    Attendance at the calendar call of United States District Court for the District of Connecticut, Droney, J., on September 9, 2004.

    Attendance for a hearing in the Connecticut Superior Court on September 7, 2004.

3.    Settlement Conference before Magistrate Judge Smith on September 14, 2004.

4.    Deposition in Norwich, Connecticut on September 16, 2004.

*[Handwritten margin note: September 16, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.]*