FILED
2004 SEP 14 A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
| Defendant. | : | SEPTEMBER 13, 2004 |

### MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The plaintiff moves that the settlement conference scheduled for October 7, 2004 before Parajudicial Officer Murphy be continued to a later date for the reason that plaintiff's counsel scheduled to be on trial before the Honorable William I. Garfinkel in the matter of Otero v. Bridgeport, Civil No.399CV2378(WIG), which is scheduled for October 5, 6, and 7, 2004.

THE PLAINTIFF – CHARLES KERN

BY _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: tbucci@wwblaw.com

FILED 2004 SEP 21 A 9:31 U.S. DISTRICT COURT HARTFORD, CT.

September 21, 2004.  GRANTED.  The settlement conference is rescheduled to Thursday, October 21, 2004 at 2:00 p.m.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.