UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES W. KERN, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:03cv0233(AVC) |
| VS. | : | |
| | : | |
| ENVIRONMENTAL DATA | : | |
| RESOURCES, INC., | : | |
|     Defendant. | : | SEPTEMBER 24, 2004 |

**JOINT MOTION TO DEFER SUBMISSION
OF
JOINT TRIAL MEMORANDUM
(Nunc Pro Tunc)**

    The plaintiff represents that the defendant joins with him in respectfully moving that the court further defer the obligation for filing the joint trial memorandum in this case to October 1, 2004.  The present date for filing the joint trail memorandum is September 24, 2004.  Plaintiff's counsel and defendant's counsel have nearly completed the substance of the joint trial memorandum, leaving certain issues regarding the joint jury instructions to resolve.  Plaintiff's counsel and defendant's counsel believe these issues should be resolved within the coming week.  Therefore, the parties need an additional seven (7) days to complete the joint trial memorandum.  Additionally, the parties have had initial, informal discussions regarding the settlement of this dispute, which they will likewise pursue during the coming week

This is the second request made by both parties for an extension of time for the filing of the joint trial memorandum.

Neither party objects to the granting of this motion.

Wherefore, the plaintiff's counsel moves for an extension of time within which to file the joint trial memorandum to October 1, 2004.

THE PLAINTIFF – CHARLES KERN


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: tbucci@wwblaw.com

## **CERTIFICATION**

      I hereby certify that copies of the foregoing *Motion to Defer* have been sent, by First Class Mail, postage prepaid, on this 24th day of September, 2004, to:

Brian D. Buckstein, Esq.
Ct.Fed. Bar No. ct24543
Mark E. Zelek, Esq.
Ct. Fed. Bar No. ct25203
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: (305) 415-3303
Fax: (305) 415-3001

Marcy Tench Stovall, Esq.
Ct. Fed. Bar No. ct14238
Sarah Poston, Esq.
Ct. Fed. Bar No. ct19702
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203)333-1489

                                                             _____
                                                              Thomas W. Bucci