FILED
2004 SEP 27 A 11: 17
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES W. KERN, | : CIVIL CASE NO. |
|     Plaintiff, | : 3:03cv0233(AVC) |
| VS. | : |
| | : |
| ENVIRONMENTAL DATA | : |
| RESOURCES, INC., | : |
|     Defendant. | : SEPTEMBER 24, 2004 |

### JOINT MOTION TO DEFER SUBMISSION
### OF
### JOINT TRIAL MEMORANDUM
### (Nunc Pro Tunc)

The plaintiff represents that the defendant joins with him in respectfully moving that the court further defer the obligation for filing the joint trial memorandum in this case to October 1, 2004. The present date for filing the joint trail memorandum is September 24, 2004. Plaintiff's counsel and defendant's counsel have nearly completed the substance of the joint trial memorandum, leaving certain issues regarding the joint jury instructions to resolve. Plaintiff's counsel and defendant's counsel believe these issues should be resolved within the coming week. Therefore, the parties need an additional seven (7) days to complete the joint trial memorandum. Additionally, the parties have had initial, informal discussions regarding the settlement of this dispute, which they will likewise pursue during the coming week

October 1, 2004. GRANTED.
SO ORDERED.

FILED Alfred V. Covello, U.S.D.J.

2004 OCT -1 3:2
U.S. DISTRICT COURT
HARTFORD CT

03cv233end51