UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES W. KERN,

    Plaintiff,

v.                                                  CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA
RESOURCES, INC.                               October 1, 2004

    Defendant.
_____/

## JOINT PROPOSED VOIR DIRE QUESTIONS

## GENERAL QUESTIONS

1. Name?

2. Highest level of education completed?

3. Occupation, employer, main job duties, length of employment?

4. If not presently employed:

    a. What was your most recent job?

    b. Who was your employer?

    c. What caused your separation from employer?

5. Marital status?

    a. If married or partnered, occupation of spouse or partner?

6. Any children? Ages and occupations (for adults)?

7. Do you belong to any civic, community or professional organizations? If so, which ones?

8. Are you or a family member acquainted with, has worked with or knows either of the parties to this action -- that is:

    a. Charles W. Kern

        (i) If so, what is the nature of the acquaintance?

    b. Environmental Data Resources, Inc.

        (i) If so, what is the nature of the acquaintance?

9. Have you or has any member of your family ever been employed by Environmental Data Resources, Inc.?

10. Have you or has any member of your family ever applied for work with Environmental Data Resources, Inc.?

11. Have you or has any member of your family even had any business dealings with Environmental Data Resources, Inc.?

12. Have you, a family member or anyone close to you worked in:

    a. environmental information?

    b. environmental research?

    c. interactive mapping?

13. Are you, a family member or anyone close to you acquainted with the present or former attorneys in this case or their law firms? If so, what is the nature of the acquaintance?

      a.      Thomas W. Bucci

      b.      Willinger, Willinger & Bucci

      c.      Mark E. Zelek

      d.      Brian D. Buckstein

      e.      Larissa C. Garriga

      f.      Morgan, Lewis & Bockius LLP

      g.      Sarah W. Poston

      h.      Marcy Tench Stovall

      i.      Zeldes, Needle & Cooper

14.     Are you, a family member or anyone close to you acquainted with any of the following persons who may be called as witnesses?  If so, what is the nature of the acquaintance?

      a.      Charles W. Kern

      b.      Robert Barber

      c.      Kelly Ann Barbiero

      d.      Joseph Burstiner

      e.      Edward "Tad" Mickler

      f.      Rick Pearce or Terracon Inc.

      g.      Gary Sirota

      h.      Alyson Dusault

      i.      Brian McCarter

        j.        Joseph Freehill

        k.        Joseph Burstliner

        l.        Oreste Petillo

15.    Are you, a family member or anyone close to you involved with or acquainted with any of the following companies, and if so, please describe the length and nature of the relationship:

        a.        Environmental First Search

        b.        First Search Technology Corporation

16.    Have you ever served on a jury in federal or state court before?  If so:

        a.        What was the nature of the case?  Criminal/Civil?

        b.        Did you deliberate?

        c.        What verdict did you reach?

        d.        Were you ever the foreperson?

17.    Have you or has any member of your family ever been a witness in a case where one of the attorneys in this case, or their firms, were involved?

18.    Have you, a family member or close friend been involved in a lawsuit as either a plaintiff, defendant or a witness?

        a.        If so, what was the nature of the case and your involvement?

        b.        Were you, the relative or the friend suing or being sued?

        c.        Who was the other party?

  d. How long ago did this happen? Is the matter resolved yet?

  e. If it has been resolved, what was the outcome?

  f. How do you feel about the outcome and/or were you satisfied with the results?

  g. Was there anything about your experience that left you with any kind of feeling about the legal profession or the court or judicial system? Can you tell us more about that?

19. Have you, a family member or close friend ever heard of this case before? Where have you heard? What have you heard? Is there anything about what you have heard that would make you uncomfortable or hesitate to sit on this jury? Is there anything you know about this case which you think would prevent you from being impartial?

20. As a juror, you would be required to follow the legal instructors that the Court gives you whether you agree with the law or not. Will you be able to do this and if not, why?

21. This trial is expected to last five days. Can you serve as a juror for this length of time?

22. Do you believe you are more familiar than the average lay person with the courts and legal process? If so, please explain the basis for your greater familiarity with the courts or legal process and state whether this greater familiarity will have any affect on your ability to sit as a juror in this case or be fair to all parties in this case.

23. Do you have a strong opinion in favor or against the jury system or the propriety of the size of jury verdicts?

24. Are you aware of any bias or prejudice that you may have in regard to this case, or in favor of, or against, any of the parties?

25. Is there any other reason you could not serve as a juror in this case? If yes, please explain.

## SUPPLEMENTAL QUESTIONS

26. Does the fact that the Defendant is a corporation affect your ability to evaluate the facts of this case? If "yes," please explain why.

   a. Do you feel, for whatever reason, that you may have some trouble being a fair and impartial juror in a case involving an individual suing a corporation?

   b. Do you feel, for whatever reason, that in a legal dispute between an employee and an employer you would tend to want the employee to win?

   c. Do you have any beliefs as to whether corporate employers, in general, treat employees fairly? If "yes", please explain.

27. Have you heard or read anything about Environmental Data Resources, Inc. that might affect your ability to be impartial? If so, what?

28. This case involves allegations of retaliatory actions Plaintiff claims Emission Data Resources took against him after plaintiff filed a charge of discrimination against the defendant claiming that his employment was terminated because of his age.

    a. Have you or has any close friend or relative had any personal experience that would make it difficult for you to consider such claims impartially and fairly with respect to all parties?

    b. Do you believe that the Plaintiff was retaliated against just because he filed a discrimination charge against Defendant?

    c. Do you believe that the Plaintiff was retaliated against just because he says so?

29. Do you have any opinion about lawsuits involving claims of retaliation generally, or employment retaliation in particular, that might affect how you would consider the evidence in this case or might influence your ability to be fair and impartial in this case?

30. Do you believe that retaliation is a common occurrence in the workplace?

31. Have you ever owned your own business or ever been self-employed? If so, please describe the business and identify the number of employees.

32. Have you, a family member or close friend ever been employed in a position either as a supervisor or manager, or in Human Resources/Employee Relations, where you or they have had to make employment decisions regarding:

    a. Discipline;

    b. Investigating or making decisions regarding employee complaints or grievances;

    c. Answering EEOC charges or complaints filed in court.

  33. Have you ever held a position entailing supervisory responsibility including the right to hire, fire, discharge, discipline and/or reprimand employees?  If, so, please describe your position, when you held the position and your duties in that position.

  34. Have you, or any relatives, friends or colleagues ever been accused of engaging in retaliatory conduct against someone at work because they complained about discrimination based on race, national origin, sex, age, religion or any other factor?  If so, please explain the nature of the accusation and the outcome.

  35. Have you, or any member of your family or circle of friends been treated unfairly by your/his/her employer because of age, race, national origin, color, gender, disability or religious association?  If so, please provide the details and state whether this might affect your ability to judge this case fairly and impartially.

  36. Have you, or any member of your family or circle of friends, ever filed a complaint or lawsuit against your/his/her employer or been involved, as a party or a witness, in a lawsuit against an employer?  If the answer to the foregoing question is yes, what was the nature and circumstances of the complaint?  Do you think that your experience regarding the complaint and its result might affect your ability to judge this case fairly, and if so, in what way?

37. Do you, members of your family or close friends believe that you, or they, have been discriminated against or retaliated against at work or in personal or business dealings?

    a. If so, what were the circumstances and who was responsible?

    b. Did you file an internal complaint, or complaint with a government agency, such as the Equal Employment Opportunity Commission (EEOC) or a state or local agency, such as the State of Connecticut Commission on Human Right and Opportunities?

    c. Was the issue resolved to your satisfaction?

    d. Do you think that the incident would prevent you from fairly and impartially observing the evidence in this case, and reaching a verdict in accordance with the evidence and my instructions?

38. Have you or has any member of your family ever filed charges or claims of employment discrimination of any kind with any government agency or brought a lawsuit in court? If so, please explain the nature of the claim and the outcome of the matter.

39. Have you or has any member of your family ever felt that you have been treated unfairly by an employer in general? If yes, please explain the circumstances.

40. Have you or any member of your family ever been treated less favorably at work for what you believe to be for reasons other than your job performance?

41. Have you ever felt that you had been the subject of discrimination retaliation at?

42. Do you believe that people can be injured by being retaliated against in the workplace?

43. Have you or has any member of your family ever been unemployed at a time when you wanted to be working? If so, for how long?

44. Have you, or any relatives, friends, or colleagues ever made a complaint at work about a supervisor or manager? If "yes," please explain:

    a. the reasons for and result of the complaint

    b. whether [you, your friend, your colleague, your relative] felt retaliated against after making the complaint?

45. Have you, a family member or a close friend ever been disciplined at work or suspended or fired from employment? If "yes,"

    a. Explain the circumstances and reasons for the action?

    b. Were you, your relative or friend treated fairly with regard to the discipline, suspension, or discharge?

    c. Do you think that the incident would prevent you from fairly and impartially observing the evidence in this case, and reaching a verdict in accordance with the evidence and my instructions?

46. Have you or any member of your family or circle of friends ever been terminated or denied a job opportunity or contract extension by your/his/her employer? If the answer to the foregoing question is yes, do you feel that you/such person was treated unfairly, and if so, why?

Do you feel that the treatment by that employer might affect your ability to judge this case fairly and impartially, and if so, in what way?

47. Do you believe that an employee who is terminated is unconditionally entitled to be paid for vacation and other leaves of absence at work that they did not get to take?

48. Have you ever been asked to sign an employment agreement? If so, do you think it was unfair?

49. Do you believe employers should not require employees to sign employment agreements?

50. Have you ever been asked to sign a covenant not to compete or a non-competition agreement at your place of employment? If so, did you think it was unfair that your employer asked you to sign the agreement?

51. Have you ever borrowed property from your employer without permission? If so, did you return it?

Respectfully Submitted,

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Morgan, Lewis & Bockius LLP |
| By: _____ | By: _____ |

Willinger, Willinger & Bucci, P.C.

By: _____
    Thomas W. Bucci, Esquire
      Ct. Fed. Bar No. 07805
     *thomasbucci@earthlink.net*
    855 Main Street
    Bridgeport, Connecticut 06604
    Telephone:    203.366.3939
    Facsimile:     203.337.4588

Morgan, Lewis & Bockius LLP

By: _____
Mark E. Zelek
  Ct. Fed Bar No. ct25203
  *mzelek@morganlewis.com*
Brian D. Buckstein
  Ct. Fed Bar No. ct24543
  *bbuckstein@morganlewis.com*
5300 Wachovia Financial Center
 200 South Biscayne Boulevard
Miami, Florida  33131-2339
Telephone:    305.415.3303
Facsimile:     305.415.3001

Sarah W. Poston, Esq.
Ct. Fed. Bar No. ct19702
Marcy Tench Stovall, Esq.
CT Fed. Bar No. ct14328
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT  06601-1740
Telephone:  (203) 333-9441
Facsimile:  (203) 333-1489