UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
CHARLES W. KERN,                          :
                                          :
        Plaintiff,                        :
                                          :   3:03 CV 0233 (AVC)
   -against-                             :
                                          :
ENVIRONMENTAL DATA                        :
RESOURCES, INC.                           :
                                          :
        Defendant.                        :   OCTOBER 8, 2004
---------------------------------------------------------X

## **APPEARANCE**

Please enter my appearance on behalf of Environmental Data Resources, Inc., defendant in the above-referenced matter.

_____
Robert M. Frost, Jr. (ct19771)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
(203) 333-9441
Facsimile: (203) 333-1489
Email: mstovall@znclaw.com

Attorney for Defendant
Environmental Data Resources, Inc.

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed via United States mail, first class, postage prepaid, on this date, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Brian Buckstein, Esq.
Mark E. Zelek, Esq.
Morgan, Lewis & Bockius, LLP
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131-2339

      Dated at Bridgeport, Connecticut this 8th day of October, 2004.

_____
Robert M. Frost, Jr.