UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES W. KERN,

      Plaintiff,

v.                                                                                  CIVIL CASE NO. 303-CV-0233-AVC

ENVIRONMENTAL DATA                                      November ____, 2004
RESOURCES, INC.

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal with prejudice of all claims by Plaintiff against Environmental Data Resources, Inc. ("EDR"), and all counterclaims by EDR against Plaintiff, with all parties to bear their own fees and costs.

| For Plaintiff: | For Defendant: |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Morgan, Lewis & Bockius LLP |
| Attorneys for Charles W. Kern | Attorneys for Environmental Data Resources, Inc. |
| 855 Main Street | 5300 Wachovia Financial Center |
| Bridgeport, CT  06604 | 200 South Biscayne Boulevard |
| Telephone:    203.366.3939 | Miami, Florida  33131-2339 |
| Facsimile:    203.337.4588 | Telephone:    305.415.0303 |
| | Facsimile:    305.415.3001 |

_____                    _____
**THOMAS W. BUCCI, JR.**                                   **MARK E. ZELEK**